AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| MBIA INSURANCE CORPORATION <br><br> *Plaintiff* <br><br> v. <br><br> FLAGSTAR ABS, LLC, FLAGSTAR BANK, FSB, and FLAGSTAR CAPITAL MARKETS CORPORATION <br><br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. 13 Civ 0262 |



## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  FLAGSTAR ABS, LLC
FLAGSTAR BANK, FSB
FLAGSTAR CAPITAL MARKETS CORPORATION

5151 Corporate Drive
Troy, Michigan 48098

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Erik Haas, Nicolas Commandeur, David Slarskey, Matthew Funk
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Telephone: (212) 336-2000
Fax: (212) 336-2222

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

CLERK OF COURT

Date: JAN 11 2013

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 13 Civ _____

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the **individual** at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____         _____
                                              *Server's signature*

                                              _____
                                              *Printed name and title*


                                              _____
                                              *Server's address*

Additional information regarding attempted service, etc:  .

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
MBIA INSURANCE CORPORATION,

                        Plaintiff,                  13 Civ. 262

           -against-                  **AFFIDAVIT OF SERVICE**

FLAGSTAR ABS LLC, FLAGSTAR BANK, FSB,
and FLAGSTAR CAPITAL MARKETS
CORPORATION,

                      Defendants.
---------------------------------------------------------------- x

STATE OF NEW YORK    )
                                :ss.:
COUNTY OF NEW YORK  )

        David N. Slarskey, being duly sworn, deposes and says:

        1.     I am over 18 years of age, am not a party to the action, am employed by Patterson Belknap Webb & Tyler LLP, and am a resident of the State of New York, Kings County.

        2.     On January 11, 2013, I served the Summons in a Civil Case; Civil Cover Sheet; Complaint, and Rule 7.1 Statement, by email, upon the following:

        Flagstar ABS LLC
        5151 Corporate Drive
        Troy, Michigan 48098

        Flagstar Bank, FSB
        5151 Corporate Drive
        Troy, Michigan 48098

        Flagstar Capital Markets Corporation
        5151 Corporate Drive
        Troy, Michigan 48098

5878246v.1

3. Such service was completed by personally transmitting PDF copies of the aforementioned documents, pursuant to an agreement with defendants' counsel to Veronica Rendón, Arnold & Porter LLP, at Veronica.Rendon@aporter.com.

_____
David N. Slarskey

Sworn to before me this
14th day of January, 2013

_____
Notary Public

SUSAN A. HERNANDEZ
Notary Public, State of New York
No. 01HE4777983
Qualified in Richmond County
Certificate Filed in New York County
Commission Expires April 30, 20__

5878246v.1